IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP CRAIG,

      Plaintiff,                    No. CIV S-08-2174 EFB P

      vs.

SOLANO COUNTY JAIL, et al.,

      Defendants.          ORDER

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted the required trust account statement or the institutional equivalent.

////

////

1

1  Accordingly, plaintiff has 30 days from the date this order is served to submit the
2 required trust account statement.  The Clerk of Court shall send plaintiff a new affidavit
3 requesting leave to proceed *in forma pauperis*.  Failure to comply with this order will result in a
4 recommendation that this action be dismissed.
5  So ordered.
6 DATED: October 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2