IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CRAIG,<br><br>    Plaintiff,<br><br>    vs.<br><br>SOLANO COUNTY JAIL; and LIEUTENANT MARSH, SOLANO COUNTY SHERIFF,<br><br>    Defendants. | Civ. No. 2:08-02174 HGW |

**ORDER TO SHOW CAUSE**

On September 16, 2008, *pro se* Plaintiff Phillip Craig filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. In his Complaint, (Doc. 1), Plaintiff alleges he has been wrongfully denied regular access to the telephone.  Plaintiff names as Defendants the Solano County Jail and the Solano County Sheriff, Lieutenant Marsh, in his official capacity.

On May 7, 2009, the Court dismissed Plaintiff's Complaint without prejudice.  (Order Dismissing Complaint Pursuant to 28 U.S.C. § 1915A(b)(1) With Leave To Amend ("Order"), Doc. 11.) The Court granted Plaintiff leave to amend by June 8, 2009.  (Id. at p. 9.)  The Court specifically notified Plaintiff that he must keep the Court informed of any change of address, and that

1

failure to file a notice of change of address may result in the dismissal of this action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.  (Id. at p. 10.)

In Ferdik v. Bonzelet, the Ninth Circuit Court of Appeals concluded that a district court properly dismissed a *pro se* plaintiff's case for failure to timely file his second amended complaint.  963 F.2d 1258, 1260 (9th Cir. 1992).  The appellate court further concluded that pursuant to Federal Rule of Civil Procedure 41(b), "the district court may dismiss an action for failure to comply with any order of the court."  Id.

The Court's May 7, 2009 Order was returned to the Court as undeliverable.  The Court has been informed that Plaintiff is no longer incarcerated at the Solano County Jail.  The Court has made several unsuccessful attempts to locate Plaintiff, to include contacting prison officials at Plaintiff's last known place of incarceration and conducting an internet search to locate a current address for Plaintiff.  All attempts to locate Plaintiff have been unsuccessful.

The Court **ORDERS** Plaintiff to show cause, in writing, on or before October 26, 2009, why the Court should not dismiss this action for failure to amend his Complaint and for failure to prosecute this action.  If Plaintiff fails to timely comply with this Order, the Clerk of Court is **DIRECTED** to enter judgment of dismissal of this action with prejudice, clearly stating that the

dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

    IT IS SO ORDERED.

    DATED:   October 5, 2009, Honolulu, Hawaii.



                                                      /S/ Helen Gillmor

Helen Gillmor
United States District Judge

<u>Phillip Craig v. Solano County Jail and Lieutenant Marsh, Solano County Sheriff</u>; Civil No. 2:08-cv-02174 HWG; **ORDER TO SHOW CAUSE**.